**Opinion issued December 20, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-01038-CR

————————————

**BOBBY EWING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

———————————————————————————————————————

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1277716**

———————————————————————————————————————

**MEMORANDUM OPINION**

Appellant, Bobby Ewing, has filed a motion to dismiss the appeal. The motion complies with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal. *See* TEX. R. APP. P. 42.2(b).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f).

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).